FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR10-00180 |
| PHILIP DORAN TABACK, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _September 20_____, _2010_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _9/14/10_____     _____
                              MARC L. GOLDMAN
                              U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)    **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**    Page 1 of 1