FILED
SEP 20 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. PHILIP DORAN TABACK, DEFENDANT(S). | CASE NUMBER SACR10-00180 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **the Court** , IT IS ORDERED that a detention hearing is set for **September 22** , **2010** , at **2:00** ☐ a.m. / ☒ p.m. before the Honorable **Marc L. Goldman, United States Magistrate Judge** , in Courtroom **6A** .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 9/20/10

_____
U.S. ~~District Judge~~/Magistrate Judge