**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

1962360

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | SA CR 10-<br>**SA CR 10-0180** |
| v. | |
| PHILIP DORAN TABACK, | **WARRANT FOR ARREST** |
| Defendant(s) | |

**TO:** UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest ___PHILIP DORAN TABACK___
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information   ☐ Order of Court   ☐ Violation Petition       ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Transmission of a threat in interstate communication.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

in violation of Title ___18___ United States Code, Section(s) _875(c)_

| Terry Nafisi | | SEP 28 2010 | SANTA ANA CA |
| --- | --- | --- | --- |
| NAME OF ISSUING OFFICER | | | |
| Clerk of Court | | | |
| TITLE OF ISSUING OFFICER | /s/ DODJIE LAGMAN | DATE AND LOCATION OF ISSUANCE | |
| | | MARC L. GOLDMAN | |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

SUBJECT ARRESTED BY USMS AND ARRAIGNED ON 9-10-10 IN THE CENTRAL DISTRICT OF CALIF. Santa Ana

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| --- | --- |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                               PAGE 1 of 2