UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | Plaintiff, | Southern Division |
| vs. | | Case #: 8:10-CR-00180-DOC   PSA Warrant |
| | | Initial App. Date: 01/31/2011   Time: 2:00 PM |
| Philip Doran Taback | | |
| | Defendant. | Date Filed: 01/27/2011 |
| | | Violation: 18 USC 3148 |
| | | CourtSmart: CS 1/31/2011 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Marc L. Goldman**

**CALENDAR/PROCEEDINGS SHEET
LOCAL/OUT-OF-DISTRICT CASE**

PRESENT:   Terri Steele            C. Bautista            / None
           ------------            ------------           ------------
           Deputy Clerk            Assistant U.S. Attorney   Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

[✓] Defendant states true name is as charged.

[✓] Attorney: Leon Peterson  [✓] DFPD

[✓] Government's request for detention is: CONTINUED.

[✓] Defendant is ordered: Temporarily Detained (see separate order).

[✓] Case continued to (Date) February 8, 2011, at 2:00 p.m.

[✓] Type of Hearing: Hearing on PSA Violation Allegations Before Judge Goldman / Duty Magistrate Judge.

[✓] Proceedings will be held in the Judge's Courtroom 6A

[✓] Defendant committed to the custody of the U.S. Marshal

cc: [✓] USPO

Deputy Clerk Initials: ts
00 : 06