FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 3 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                                    PLAINTIFF<br>v.<br><br>PHILIP DORAN TABACK,<br><br>                                    DEFENDANT(S). | CASE NUMBER<br><br>SACR10-00180-DOC<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of <u>Defendant's counsel</u>, IT IS ORDERED that a detention hearing is set for <u>February 8</u>, <u>2011</u>, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>Marc L. Goldman, United States Magistrate Judge</u>, in Courtroom <u>6A</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   _____
   (Other custodial officer)

Dated: 1/31/11

_____
MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                                    Page 1 of 1