FILED
CLERK, U.S. DISTRICT COURT
MAY 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-180-DOC |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| Philip Doran Taback, ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Calif. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

1
2
3
4           and/or
5    B.    (✓)  The defendant has not met his/her burden of establishing by
6           clear and convincing evidence that he/she is not likely to pose
7           a danger to the safety of any other person or the community if
8           released under 18 U.S.C. § 3142(b) or (c). This finding is based
9           on: prior pretrial release violation for similar
10          conduct, nature of present allegations, statements
11          of Dr. Sagant that ∆ is a "ticking time bomb,"
12   alleged ~~possible~~ noncompliance w/ mental health providers
13
14          IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated:   5/7/14                    _____
                                        JEAN ROSENBLUTH
18                                      U.S. MAGISTRATE JUDGE

2